BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile:   (916) 442-9003

Attorneys for In Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CAROL M. DEXTER,<br><br>           Debtor.<br>_____<br><br>CAROL M. DEXTER,<br><br>           Plaintiff,<br>v.<br><br>XEROX EDUCATION SERVICES, LLC, a Delaware company d.b.a ACS EDUCATION SERVICES, et al.<br><br>           Defendants.<br>_____ | CASE NO. 14-21740-C-7<br><br>ADVERSARY NO. 14-2098-C<br><br>DC NO.  BHS-3<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND TO RESET PRETRIAL CONFERENCE** |

      Defendant Educational Credit Management Corporation and Plaintiff Carol M. Dexter, by and through their respective attorneys of record, hereby stipulate to extend the deadline for designation of experts in the above-noted matter from October 31, 2014 to November 30, 2014.  The parties further stipulate to extend the time for close of discovery from November 24, 2014 to December 5, 2014.

/ / / /

/ / /

/ /

/

The parties in the above-noted matter further Stipulate to Reset the Pretrial Conference from December 10, 2014 at 1:30 p.m. to February 4, 2015 at 1:30 p.m. at the Robert T. Matsui Federal Building, 501 I Street, Sixth Floor, Courtroom 35, Sacramento, California, or at a time and date convenient to the Court.

LAW OFFICE OF BARRY H. SPITZER

Dated: October 30, 2014         By: _/S/ BARRY H. SPITZER_____
                                    BARRY H. SPITZER
                                    Attorneys for Defendant ECMC

McMILLAN LAW GROUP

Dated: October 30, 2014         By: _/S/ JULIAN McMILLAN_____
                                    JULIAN McMILLAN
                                    Attorneys for Plaintiff Carol M. Dexter