1
2

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California  95814

Telephone:  (916) 442-9002
Facsimile:    (916) 442-9003

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CAROL M. DEXTER,<br><br>          Debtor.<br>_____<br><br>CAROL M. DEXTER,<br><br>          Plaintiff,<br>v.<br><br>XEROX EDUCATION SERVICES, LLC, a Delaware company d.b.a ACS EDUCATION SERVICES, et al.<br><br>          Defendants.<br>_____ | CASE NO.  14-21740-C-7<br><br>ADVERSARY NO.  14-2098-C<br><br>DC NO.   BHS-3<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES AND TO RESET PRETRIAL CONFERENCE** |

The Court having considered the Stipulation Between Defendant Educational Credit Management Corporation and Plaintiff Carol M. Dexter To Extend Discovery Deadlines and to Reset Pretrial Conference, the Court records and files herein, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That the Stipulation is approved in its entirety.

2. That the deadline for designation of experts in the above-noted matter is now November 30, 2014.

3. That the time for close of discovery is now December 5, 2014.

/ / /

RECEIVED
October 30, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005363610

4. The Pretrial Conference is now set for February 4, 2015 at 1:30 p.m. at the Robert T. Matsui Federal Building, 501 I Street, Sixth Floor, Courtroom 35, Sacramento, California.

Dated: November 05, 2014

_____
United States Bankruptcy Judge

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES AND TO RESET PRETRIAL CONFERENCE

2