BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile:   (916) 442-9003

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CAROL M. DEXTER,<br><br>            Debtor.<br>_____<br>CAROL M. DEXTER,<br><br>            Plaintiff,<br>v.<br><br>XEROX EDUCATION SERVICES, LLC, a Delaware company d.b.a ACS EDUCATION SERVICES, et al.<br><br>            Defendants.<br>_____ | CASE NO. 14-21740-C-7<br><br>ADVERSARY NO. 14-2098-C<br><br>**EXPERT WITNESS DESIGNATION BY EDUCATIONAL CREDIT MANAGEMENT CORPORATION** |

Educational Credit Management Corporation ("ECMC") hereby designates Augusto Penafiel, Psy.D., CVE, (Registered Psychologist, RPS2011058; Certified Vocational Evaluator, 00059030) as an expert for the purpose of testifying as a vocational expert.

           Respectfully submitted,

           LAW OFFICE OF BARRY H. SPITZER

Dated: November 26, 2014  By: _/S/  BARRY H. SPITZER_____
             BARRY H. SPITZER
             Attorneys for Defendant ECMC