| | |
|---|---|
| 1 | MCMILLAN LAW GROUP |
| 2 | Julian McMillan, Esq. (SBN: 241937) |
| | 2751 Roosevelt Rd., Suite 204 |
| 3 | San Diego, CA 92106 |
| | P: 858-499-8951 |
| 4 | F: 619-241-8291 |
| 5 | |
| | Attorney for Debtor, Carol Dexter |

# UNITED STATES BANKRUPTCY COURT

## Eastern District of California

| | |
|---|---|
| In re | Case No.: 14-21740-C-7 |
| Carol M. Dexter | Adv. Proc. No.:14-2098-C |
| Debtor. | **ORDER GRANTING STIPULATION TO EXTEND PRETRIAL STATEMENT DEADLINES AND RESET THE PRETRIAL CONFERENCE** |
| Carol M. Dexter | |
| Debtor/Plaintiff. | |
| vs. | |
| Xerox Education Services, LLC, a Delaware company d.b.a. ACS Education Services; JPMorgan Chase Bank, National Association, a New York company; and Great Lakes Higher Education Corporation, a Wisconsin corporation. | |
| Creditors/Defendants. | |

The Court having considered the Stipulation to Reset Pretrial Conference (hereafter, "Stipulation") between Plaintiff Carol M. Dexter and Defendant Education Credit Management Corporation and for good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved in its entirety;

---

1
Order Granting Stipulation

RECEIVED
January 15, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005422255

2. The deadline for filing the Plaintiff's Pretrial Statement is extended to March 4, 2015;

3. The deadline for filing the Defendant's Pretrial Statement is extended to March 11, 2015; and

4. The Pretrial Conference is now set for March 18, 2015 at 1:30 PM at the Robert T. Matsui Federal Building, located at 501 I Street, Sixth Floor, Courtroom 35, Sacramento, California.

Dated: January 29, 2015

_____
United States Bankruptcy Judge