# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Dexter v. Xerox Education Services, LLC et al | **Case No :** | 14–21740 – C – 7 |
| | | **Adv No :** | 14–02098 – C |
| | | **Date :** | 02/04/2015 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | Pre−Trial Conference – [1] – (63 (Dischargeability – 523(a)(8), student loan)) : Complaint 14−02098 by Carol M. Dexter against Xerox Education Services, LLC, JPMorgan Chase Bank, National Association, Great Lakes Higher Education Corporation. (Fee Amount of $293.00 is Exempt.) (bres) |

| | | | |
|---|---|---|---|
| **Judge :** | Christopher M. Klein | **Courtroom Deputy :** | Sheryl Arnold |
| **Department :** | C | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

PRE−TRIAL CONFERENCE was:
Dropped from calendar

This matter has been continued to March 18, 2015 at 1:30 p.m. pursuant to stipulated order entered January 30, 2015.